UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        08-mc-51-JD

<u>Charles E. Holland</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 23, 2008, recommending that respondent be ordered to obey the summons, and that he be ordered to appear on November 5, 2008, at 9:00 a.m. at 80 Daniels St, 3rd FL, Portsmouth, New Hampshire, before David Kalinowski, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of April 3, 2008. It is further recommended that the government be awarded its costs.

      SO ORDERED.

October 17, 2008                          /s/Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

cc:    Seth R. Aframe, AUSA
        Charles E. Holland, pro se